**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:     Ex parte Arlene Alaniz

Appellate case number:   01-13-00941-CR

Trial court case number:  1403221

Trial court:                      182nd District Court of Harris County

The en banc court has unanimously voted to deny appellants' motion for reconsideration en banc. It is ordered that the motion filed March 14, 2014 is **denied**.

It is so ORDERED.


Judge's signature:__/s/ Harvey Brown
                              Acting for the En Banc Court*

Date:  April 8, 2014

* En banc court consists of Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Sharp, Massengale, Brown, and Huddle.